BNDDUTY,INTERPRETER

# U.S. District Court
# Southern District of Florida (Miami)
# CRIMINAL DOCKET FOR CASE #: 1:22−mj−02550−JB−1
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Ruiz et al | Date Filed: 04/01/2022 |
| Other court case number: 8:22−cr−108−WFS−SPF USDC for the Middle District of Florida | Date Terminated: 04/04/2022 |

Assigned to: Magistrate Judge Jacqueline Becerra

**Defendant (1)**

| | | |
|---|---|---|
| **Ramon Ruiz**<br>07452−506<br>*YOB: 1989; SPANISH*<br>*TERMINATED: 04/04/2022* | represented by | Noticing FPD−MIA<br>305−530−7000<br>Email: MIA_ECF@FD.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| WARR/INDICT/MD/FL/Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United | |

States.

**Plaintiff**

| USA | represented by | **Noticing AUSA CR TP/SR**<br>Email: Usafls.transferprob@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
|---|---|---|

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/01/2022 | 1 | | Magistrate Removal of Indictment from USDC for The Middle District of Florida Case number in the other District 8:22−cr−108−WFS−SPF as to Ramon Ruiz (1), Gilberto Rosario Alcala (2), Roinner Pinzon Villamizar (3). (jao) (Entered: 04/01/2022) |
| 04/04/2022 | 3 | | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings and Removal Hearing as to Ramon Ruiz held on 4/4/2022. Bond recommendation/set: Ramon Ruiz (1) STIP 250K CSB w/ Nebbia w/ right to revisit (No Hearing Held). Date of Arrest or Surrender: 4/1/2022. Defendant waived removal; Ordered removed to the M/D of FL. Spanish Interpreter present. Defendant sworn. Attorney added: Noticing FPD−MIA for Ramon Ruiz (Digital 12:56:18)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence− that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Lauren Fleischer Louis on 4/4/2022. (jbs) (Entered: 04/05/2022) |
| 04/04/2022 | 4 | | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Ramon Ruiz (jbs) (Entered: 04/05/2022) |
| 04/04/2022 | 5 | | COMMITMENT TO ANOTHER DISTRICT as to Ramon Ruiz. Defendant committed to the USDC for the Middle District of Florida. Closing Case for Defendant. Signed by Magistrate Judge Lauren Fleischer Louis on 4/4/2022. *See attached document for full details.* (jbs) (Entered: 04/05/2022) |
| 04/05/2022 | 2 | | Invocation of Right to Silence and Counsel by Ramon Ruiz (Dunham, Christian) (Entered: 04/05/2022) |

United States District Court
Southern District of Florida
Case No. 22-MJ-2550-BECERRA

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 22-CR-108-WFJ

RAMON RUIZ,
(USM# 07452-506)
_____/

COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Middle District of Florida.

**AFPD was appointed to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 4/4/2022.

_____
Lauren F. Louis
United States Magistrate Judge

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 22 - MJ - 2550

United States of America
    Plaintiff,
v.

Charging District's Case No.

22 - CR - 108 - WFJ - SPF

MDFL

Defendant.
Ramon Ruiz    /

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the Middle District of Florida.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)     an identity hearing to determine whether I am the person named in the charges;
(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)     a hearing on any motion by the government for detention;
(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☒ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:

*Ramon Ruiz*
Defendant's Signature

*[signature]*
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

4

# MINUTE ORDER

Page 10

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor  Date: 4/4/2022  Time: 10:00 a.m.

Defendant: 1) RAMON RUIZ  J#: 07452-506  Case #: 22-MJ-2550-BECERRA

AUSA: Eric Morales  Attorney: AFPD – Christian Dunham

Violation: WARR/INDICT/MD/FL/Conspiracy with intent to distribute/PWID/ 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the U.S

Surr/Arrest Date: 4/1/2022  YOB: 1989

Proceeding: Initial Appearance  CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No  Recommended Bond:

Bond Set at:  Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant advised of rights and charges

Defendant sworn; AFPD appointed

*STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets*

*Defendant waived removal; Ordered removed to the M/D of FL*

*Brady warning given*

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 12:56:18  Time in Court: 10 mins

s/Lauren F. Louis  Magistrate Judge

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-2550-BECERRA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RAMON RUIZ,

        Defendant.
_____/

**DEFENDANT'S INVOCATION OF
RIGHT TO SILENCE AND COUNSEL**

The defendant named above does hereby invoke his right to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to sentencing, enhanced punishments, factors applicable under the U. S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction, appeals or other post-trial proceedings.

The defendant requests that the U. S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters

1

relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

>Respectfully submitted,
>
>MICHAEL CARUSO
>FEDERAL PUBLIC DEFENDER
>
>BY: *s/ Christian Dunham*
>Christian Dunham
>Assistant Federal Public Defender
>Florida Bar No. 146587
>150 West Flagler Street
>Suite 1700
>Miami, Florida 33130-1555
>Tel: 305-530-7000
>E-Mail Address: Christian_Dunham@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on April 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>*s/Christian Dunham*
>Christian Dunham

2

15